## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Felix Rosario Jr.<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　Moving Party<br>　　vs. | NO. 24-11042 PMM |
| Felix Rosario Jr.<br>　　　　　　　Debtor(s) | |
| Scott F. Waterman<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this _____ day of _____, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

　　　　The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge