# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Felix Rosario Jr.<br>　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　Moving Party<br>　　vs.<br><br>Felix Rosario Jr.<br>　　　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 24-11042 PMM<br><br><br><br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this __29th__ day of __July__, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge