Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-11042-PMM**

Felix Rosario, Jr.  
2236 Raymond Ave  
Reading  PA  19605

Petition Filed Date: 03/27/2024  
341 Hearing Date: 05/28/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $263.31 | $0.00 | $0.00 |
| 2 | US DEPARTMENT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DIAMOND FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $3,200.50 | $0.00 | $0.00 |
| 4 | MET-ED FIRST ENERGY COMPANY<br>»» 004 | Unsecured Creditors | $1,410.72 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $1,217.41 | $0.00 | $0.00 |
| 6 | PENNYMAC  LOAN SERVICES LLC<br>»» 006 | Mortgage Arrears | $1,001.03 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Secured Creditors | $14,959.99 | $0.00 | $0.00 |
| 8 | PENNYMAC  LOAN SERVICES LLC<br>»» 06P | Secured Creditors | $4,721.68 | $0.00 | $0.00 |

Chapter 13 Case No. 24-11042-PMM

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $0.00 | Arrearages: | $500.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.