United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 24-11042-pmm
Felix Rosario, Jr. | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Dec 05, 2024      Form ID: pdf900      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Felix Rosario, Jr., 2236 Raymond Ave, Reading, PA 19605-3033 |
| 14868758 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, 2800 Pottsville Pike, Reading, PA 19605 |
| 14868759 | + | MV Realty of PA, LLC, 600 N 2nd Street - Ste 401, Harrisburg, PA 17101-1071 |
| 14868757 | | Mariner Finance LLC, 1165 Berkshire Blvd, Reading, PA 19610 |
| 14870551 | + | Pennymac Loan Services, LLC, c/o Michael Farrington, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14868761 | + | Petro Oil, 4025 Pottsville Pike, Reading, PA 19605-1201 |
| 14870271 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |
| 14868764 | + | West Reading Hospital, 420 A 5th Ave, Reading, PA 19611-2143 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 05 2024 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 05 2024 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14868753 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 05 2024 23:58:00 | Credit Acceptance Corp/, 25505 W 12 Mile Road, Southfield, MI 48034-8316 |
| 14868754 | | Email/Text: bankruptcy@diamondcu.com | Dec 05 2024 23:58:00 | Diamond Federal Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |
| 14868755 | + | Email/Text: administrative@foundationfinance.com | Dec 05 2024 23:59:00 | Foundation Finance Company LLC, 10101 Market Street - Ste B100, Rothschild, WI 54474-7967 |
| 14883857 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 05 2024 23:58:00 | Foundation Finance Company, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14883858 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 05 2024 23:58:00 | Foundation Finance Company, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14868756 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 05 2024 23:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14879475 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Dec 05 2024 23:58:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 14881106 | + | Email/PDF: ebnotices@pnmac.com | Dec 06 2024 00:11:29 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14868760 | + | Email/PDF: ebnotices@pnmac.com | Dec 06 2024 00:11:31 | Pennymac Loan Services LLC, 6101 Condor Dr - Ste 200, Moorpark, CA 93021-2602 |
| 14879655 | | Email/Text: bnc-quantum@quantum3group.com | Dec 05 2024 23:58:00 | Quantum3 Group LLC as agent for, Crown Asset |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: pdf900 | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| 14868762 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| | | Dec 06 2024 00:00:23 | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 14868763 | Email/Text: bankruptcy@visionsfcu.org | Dec 05 2024 23:58:00 | Visions FCU, 24 McKinley Ave, Endicott, NY 13760 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2024           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Felix Rosario Jr. claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Felix Rosario, Jr.<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-11042-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 5, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE